**Entered on Docket**
**April 08, 2010**

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**

Kristin A. Schuler-Hintz, Esq., SBN 7171
Seth J. Adams, Esq., SBN 11034
Christopher K. Lezak, Esq., SBN 11185
Sherry A. Moore, Esq., SBN 11215
McCarthy & Holthus, LLP
9510 West Sahara Suite #110
Las Vegas, NV  89117
Phone (702) 685-0329
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for Secured Creditor,
HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities Mortgage
Loan Trust, Series 2007-AR3, its assignees and/or successors and the servicing agent WELLS
FARGO BANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 10-50275-gwz |
| | ) |
| Carlos Carpio, | ) Chapter  7 |
| | ) |
| Debtor. | ) DATE:  03/30/10 |
| | ) TIME:   10:00 am |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |
| | ) |

_Rev. 12.09_

M&H File No. NV-10-22854
10-50275-gwz

1

2

3

     The Motion for Relief from Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court.  Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

4

5

6

     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 935 Sienna Park Drive, Reno, NV 89512.

7

8   IT IS SO ORDERED.

9

10

11   Submitted by:
McCarthy & Holthus, LLP

12

13   */s/Seth J. Adams*_____
Seth J. Adams, Esq.
9510 West Sahara Suite #110

14   Las Vegas, NV 89117
702-685-0329

15

16   Approved/Disapproved

17

18   *Order Filed 02/25/10-no response received*___
Joe M. Laub, Esq.

19   1148 Ski Run Blvd
South Lake Tahoe, CA 96150

20   (530) 544-5258

21   Approved/Disapproved

22

23   *Order Filed 02/25/10-no response received*__
C Geoffrey Wilson

24   10580 N. McCarran Blvd.Ste 115-332
Reno, NV 89503

25

26

27

28

29

<u>ALTERNATIVE METHOD re; RULE 9021:</u>

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

X   This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐   I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Counsel appearing: Joe M. Laub- Order Filed 02/25/10-no response received

Unrepresented parties appearing: None

Trustee: C. Geoffrey Wilson- Order Filed 02/25/10-no response received

Submitted by:
McCarthy & Holthus, LLP

/s/ Christopher K. Lezak.
Christopher K. Lezak, Esq.

###